UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LESLIE M. TURNER | ) | CASE NO. 5:25-CV-00384 |
| Plaintiff, | ) ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) | |
| WAYSIDE FARMS, INC., et al., | ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) ) ) | |

The parties informed the Court that this matter has been resolved in its entirety. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within forty-five (45) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

DATED:  June 2, 2025                     */s/ John R. Adams*
                                         Judge John R. Adams
                                         UNITED STATES DISTRICT COURT

1